# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 30, 2025

**BY EMAIL & ECF**

Hon. Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> This request is GRANTED. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> December 30, 2025

**Re:    United States v. Krystal Sam**
        **25 Mag. 3894 (UA)**

Dear Judge Willis:

I write, with the consent of the government, to respectfully request that the Court extend the deadline for securing a cosigner to Ms. Sam's bond until Friday, January 9, 2026.

On December 16, 2025, Magistrate Judge Stein released Krystal Sam on her own signature and imposed bail conditions, including: a $25,000 personal recognizance bond, cosigned by one financially responsible person; travel restricted to SDNY/EDNY; surrender of all travel documents and no new applications; continue/seek employment; pretrial supervision as directed by pretrial services; not to open any new lines of credit or bank accounts without the approval of pretrial services; not to possess the personal identifying information of other persons except her biological children and her grandmother; no contact with alleged co-conspirators, victims, or witnesses to be identified by the government to defense counsel, except in the presence of counsel.

Since her release, Ms. Sam has been compliant with his bail conditions and has reported to pretrial as directed, including surrendering her passports/travel documents. Her remaining bail conditions were to be met by Tuesday, December 30, 2025.

The Federal Defenders originally represented Ms. Sam for presentment purposes only at the request of her retained counsel. Yesterday, Ms. Sam informed the Federal Defenders that she no longer has retained counsel and requested the Federal Defenders to handle her bond process. Given this and because of the holidays, we respectfully request an extension until Friday, January 9, 2026 to secure a cosigner to the bond. The government consents to this request.

2

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Krystal Sam*

cc:      Counsel of record

2